**Entered on Docket**
**September 10, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 31 '98
KEENAN G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN JOSE, CA.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLEXUS COMPUTER, INC.,<br><br>Debtor(s). | BK. No. 589-01196-MM<br><br>ORDER FOR PAYMENT OF UNCLAIMED DIVIDENDS |

Upon the foregoing motion and in accordance with the provisions of 28 USC 2042, and good cause appearing therefore, it is hereby ORDERED that the amount of $914.43, constituting an unclaimed dividend, is declared due to JOHN MADDOX.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of :

JOHN MADDOX
C/0 ASSET RECOVERY OF CALIFORNIA
12335 SANTA MONICA BLVD., #218
LOS ANGELES, CA 90025

Dated: Aug 31, 1998

Marilyn Morgan
UNITED STATES BANKRUPTCY JUDGE



Case: 89-51196 Doc# 48 Filed: 08/31/98 Entered: 09/10/15 16:00:11 Page 1 of 2

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLEXUS COMPUTER INC.,<br><br>Debtor(s). | CASE NO. 589-01196-MM<br><br>MOTION FOR RELEASE OF UNCLAIMED FUNDS |

There having been a dividend check in the amount of $914.43 issued in the above named case to creditor, JOHN MADDOX and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code, delivered the unclaimed dividend to Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received by the creditor because of a change of address.

Asset Recovery of California has been appointed as the lawful attorney-in-fact, and is duly authorized by the attached original power of attorney to file this motion.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $914.43 to the rightful creditor listed above.

Dated: December 19, 1997

Respectfully submitted,

Barbara Bourgeois

Barbara Bourgeois
Asset Recovery of California
12335 Santa Monica Blvd., #218
Los Angeles, CA 90025
(310) 453-3898
(Locator/Attorney-in-Fact)



Case: 89-51196 Doc# 48 Filed: 08/31/98 Entered: 09/10/15 16:00:11 Page 2 of 2